UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. )    CR407-42
)
KEVIN LEROI GREEN, )
)
        Defendant. )

## MINUTE ORDER

The above cause having come before the Court on the 19th day of April, 2007, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

    Defendant's motion and brief for discovery is GRANTED AS UNOPPOSED.

    Defendant's motion for notice of evidence subject to suppression is WITHDRAWN.

    Defendant's motion to preserve notes is GRANTED.

    Defendant's motion for Jencks Act is SATISFIED.

    Defendant's motion for disclosure of 404(b) is GRANTED AS UNOPPOSED.

    Defendant's motion for list of witnesses is DENIED.

    Defendant's motion to suppress may be particularized and resubmitted to the Court for consideration.

    All other pretrial motions are hereby deemed MOOT.

**SO ORDERED** this 19th day of April, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA