FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

MAY 21 AM 9:00

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

KEVIN LEROY GREEN,            )
                             )
        Plaintiff,            )
                             )
v.                           )    CASE NOS.  CV408-193
                             )               CR407-042
UNITED STATES OF AMERICA,     )
                             )
        Defendant.            )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which objections have been filed (Doc. 12). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the Opinion of the Court. The 28 U.S.C. § 2255 petition is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **close this case.**

SO ORDERED this _21ˢᵗ_ day of May 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA