UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| KEVIN LEROY GREEN | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | CV416-198 |
| | ) | CR407-042 |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Kevin Green's motion for copies of his moving papers (lost/destroyed during a recent prison transfer) is **GRANTED**. Doc. 14. The Clerk shall serve a copy of his motion, the Government's response, and his reply, and the Court's Report and Recommendation (docs. 1, 4, 10, 13) upon movant. The deadline for filing any objections to the Court's Report and Recommendation remains unchanged.

**SO ORDERED** this __10th__ day of January, 2017.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA